In the Matter of LOURDES SALGADO, Appellant, v RUBEN FRANCO, as Chair of the New York City Housing Authority, et al., Respondents.

Submitted September 22, 2003; decided December 2, 2003

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (Karger, Powers of the New York Court of Appeals § 73, at 452 [3d ed]).

In the Matter of H. WILLIAM VAN ALLEN et al., Appellants, v DEMOCRATIC STATE COMMITTEE OF THE STATE OF NEW YORK et al., Respondents. ELIOT SPITZER, Attorney General of the State of New York, Intervenor-Respondent.

Submitted October 27, 2003; decided December 2, 2003

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]). Motion for relief ancillary to the appeal dismissed as academic.